**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JEFFREY ALAN LAWRENCE

    VS                                      CASE NO. 3:23-cv-00059-MCR-HTC

BP EXPLORATION & PRODUCTION
INC and BP AMERICA PRODUCTION
COMPANY

**JUDGMENT**

This action came the Honorable M. Casey Rodgers presiding and a decision has been rendered.

Final Judgment is entered in favor of Defendants BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY and entered against Plaintiff, JEFFREY ALAN LAWRENCE, along with tax costs.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

September 30, 2024                     /s/Donna Bajzik
DATE                                    Deputy Clerk: Donna Bajzik